IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALBERTO PARRA, Individually and on Behalf
of All Others Similarly Situated,

        Plaintiff,

v.                                                 Case No. 1:17-cv-00474-JB-WPL

MVCI ENERGY SERVICES, INC, et al.,

        Defendants.

## JOINT STATUS REPORT REGARDING MEDIATION

Pursuant to the Court's August 2, 2017 Order (Doc. No. 16), the parties jointly inform the Court that the matter has been set for a mediation with mediator William (Bill) Lemons in Albuquerque, New Mexico on October 25, 2017.

                                            Respectfully submitted,

                                            By *Electronically Approved on August 31, 2017*
                                            Michael A. Josephson
                                            State Bar No. 24014780
                                            Andrew W. Dunlap
                                            State Bar No. 24078444
                                            Lindsay R. Itkin
                                            State Bar No. 24068647
                                            Jessica M. Bresler
                                            State Bar No. 24090008
                                            JOSEPHSON DUNLAP LAW FIRM
                                            11 Greenway Plaza, Suite 3050
                                            Houston, Texas 77046
                                            713-352-1100 – Telephone
                                            713-352-3300 – Facsimile
                                            mjosephson@mybackwages.com
                                            adunlap@mybackwages.com
                                            litkin@mybackwages.com
                                            jbresler@mybackwages.com

- AND -

Richard J. (Rex) Burch
Texas Bar No. 24001807
Federal ID No. 21615
BRUCKNER BURCH, P.L.L.C.
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com
*Attorneys for Plaintiff*


RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By  */s/ Jeffrey L. Lowry*
    Thomas L. Stahl
    Jeffrey L. Lowry
Post Office Box 1888
Albuquerque, New Mexico 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
tstahl@rodey.com
jlowry@rodey.com
*Attorneys for Defendant MVCI Energy Services, Inc.*