UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| ALBERTO PARRA, Individually and on Behalf of All Others Similarly Situated,<br><br>v.<br><br>MVCI ENERGY SERVICES, INC.; KELLY McCLELLAN; GREG VICK; and CHUCK BANKS. | Case No.: 1:17-cv-00474-JB-JHR<br>Collective Action (29 U.S.C. § 216(b))<br>Class Action (FED. R. CIV. P. 23) |

## NOTICE OF SETTLEMENT

Plaintiff, Alberto Parra, files this Notice of Settlement and respectfully shows the Court as follows:

The Parties have reached an amicable resolution. The Parties request the Court to remove this case from its active docket and suspend all other deadlines and settings in this case. The Parties will file dismissal documents within 30 days.

Respectfully submitted,

By: */s/ Andrew W. Dunlap*
Michael A. Josephson
State Bar No. 24014780
Andrew W. Dunlap
State Bar No. 24078444
JOSEPHSON DUNLAP LAW FIRM
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com

-AND-

David J. Jaramillo
JARAMILLO LAW FIRM, PC
505 Roma Ave. NW
Albuquerque, NM 87102
505-200-9454 (p)
505-717-1502 (f)
david@djnmlaw.com
law@djnmlaw.com

-AND-

Richard J. (Rex) Burch
Texas Bar No. 24001807
Federal ID No. 21615
BRUCKNER BURCH, P.L.L.C.
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    I served this document on all registered parties vie the Court's CM/ECF System on this 18th day of June 2018.

                                */s/ Andrew W. Dunlap*
                                **Andrew W. Dunlap**