UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **ALBERTO PARRA, individually and on Behalf of All Others Similarly Situated,** | § § § | Case No. 1:17-cv-00474-JB-JHR<br>Collective Action (29 U.S.C. § 216(b))<br>Class Action (FED. R. CIV. P. 23) |
| **v.** | § § | |
| **MVCI ENERGY SERVICES, INC.; KELLY McCLELLAN; GREG VICK; and CHUCK BANKS.** | § § § | |

## JOINT STIPULATION OF DISMISSAL OF COUNTERCLAIMS WITH PREJUDICE

The parties by and through their counsel of record hereby dismiss the counterclaims this action with prejudice in their entirety pursuant to Rule 41(a)(1)(A)(ii) and hereby stipulate to the dismissal with prejudice of any and all claims which Defendants brought or could have brought in the above-entitled action.  Neither party admits liability to the other and all parties shall bear their own costs and attorney's fees incurred in this matter.

| **JACKSON LEWIS P.C.** | **JOSEPHSON DUNLAP LAW FIRM** |
|---|---|
| By: */s/Andrea K. Robeda*<br>     Andrea K. Robeda<br>     Danny W. Jarrett<br>800 Lomas Blvd NW, Ste. 200<br>Albuquerque, NM  87107<br>(505) 878-0515<br>(505) 878-0398<br>Andrea.Robeda@jacksonlewis.com<br>Danny.Jarrett@jacksonlewis.com<br>Attorneys for Defendant | By: *Approved Via E-mail 8/23/2018*<br>     Andrew W. Dunlap<br>11 Greenway Plaza, Suite 3050<br>Houston, TX 77046<br>Phone: 713.352.1100<br>Fax: 713.352.3300<br>adunlap@mybackwages.com<br>Attorneys for Plaintiffs |