IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALBERTO PARRA, individually and on
behalf of all others similarly situated,

       Plaintiff,

vs.                                                                                                            No. CIV 17-0474 JB/SCY

MVCI ENERGY SERVICES, INC.;
KELLY MCCLELLAN; GREG VICK and
CHUCK BANKS,

       Defendants/Counterclaimants,

vs.

JESUS CAMACHO and GUILLERMO
HERNANDEZ,

       Counterdefendants.

**FINAL JUDGMENT**

**THIS MATTER** comes before the Court on: (i) the Notice of Withdrawal of Consents at 1, filed June 29, 2017 (Doc. 12)("Withdrawal"); (ii) the Amended Order Granting Rule 41 Agreed Motion to Dismiss, filed August 24, 2018 (Doc. 48)("Order"); and (iii) the Joint Stipulation of Dismissal of Counterclaims with Prejudice, filed August 23, 2018 (Doc. 49) ("Stipulation"). In the Withdrawal, Plaintiff Alberto Parra "withdr[ew] the claim[s] of Jesus Camacho and Guillermo Hernandez without prejudice." Withdrawal of Consents at 1. In the Order, the Court dismissed with prejudice the claims of Parra and Plaintiffs Adam Velasquez, Jesse Burnham, Jessie Leslie, Tommy Harwood, Michael Beattie, Sky Esquivel, Dorvel McCarty, and Jared Montz. See Order at 1. In the Stipulation, the parties agreed to dismiss with prejudice, pursuant to rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

Defendants/Counterclaimants MVCI Energy Services, Inc.'s, Kelley McClellan's, Greg Vick's, and Chuck Banks' counterclaims against Counterdefendants Jesus Camacho and Guillermo Hernandez.  <u>See</u> Stipulation at 1.  The parties also stipulate to the dismissal with prejudice of "any and all claims which Defendants brought or could have brought in the above-entitled action."  Stipulation at 1.  Having disposed of all issues, claims, and parties before the Court, the Court now dismisses this case and enters Final Judgment.

**IT IS ORDERED** that: (i) the claims of Plaintiffs Alberto Parra, Adam Velasquez, Jesse Burnham, Jessie Leslie, Tommy Harwood, Michael Beattie, Sky Esquivel, Dorvel McCarty, and Jared Montz are dismissed with prejudice; (ii) Plaintiffs Jesus Camacho's and Guillermo Hernandez' claims are dismissed without prejudice; (iii) Defendants/Counterclaimants MVCI Energy Services, Inc.'s, Kelley McClellan's, Greg Vick's, and Chuck Banks' counterclaims are dismissed with prejudice; and (iii) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

- 3 -

*Counsel:*

David J. Jaramillo
Jaramillo Law Firm PC
Albuquerque, New Mexico

--and--

Richard Burch
Matthew Scott Parmet
Bruckner & Burch PLLC
Houston, Texas

--and--

Andrew W. Dunlap
Josephson Dunlap Law Firm
Houston, Texas
Albuquerque, New Mexico

    *Attorneys for Plaintiff Alberto Parra*

David J. Jaramillo
Jaramillo Law Firm PC
Albuquerque, New Mexico

    *Attorneys for Plaintiffs/Counterdefendants Jesus Camacho and Guillermo Hernandez*

Andrea K. Robeda
Danny W. Jarrett
Jackson Lewis P.C.
Albuquerque, New Mexico

--and--

Jeffrey L. Lowry
Thomas L Stahl
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

--and--

Michael J. DePonte
Jackson Lewis P.C.
Dallas, Texas

>   *Attorneys for Defendant/Counterclaimants MVCI Energy Services, Inc. Greg Vick, and Chuck Banks*

Andrea K. Robeda
Danny W. Jarrett
Jackson Lewis P.C.
Albuquerque, New Mexico

--and--

Michael J. DePonte
Jackson Lewis P.C.
Dallas, Texas

>   *Attorneys for Defendant Kelly McClellan*